**Marcus A. JONES, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41338.**

Missouri Court of Appeals, Western District.

May 23, 1989.

Melinda K. Pendergraph, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).